**Order filed January 14, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00778-CV
_____

**TAMMY DEWOLF, CHRISTINA DEWOLF, AMANDA DEWOLF AND KAITLYN DEWOLF, Appellants**

**V.**

**RICHIE KOHLER, ET AL, Appellees**

---

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2010-46416**

---

## O R D E R

The clerk's record in this appeal was due November 22, 2013, but it has not been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On December 11, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and

provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or otherwise responded to this court's notice.

Appellants are ordered to file the clerk's record in this appeal or before **January 28, 2014,** or the appeal will be dismissed.

PER CURIAM